**BOROJA, BERNIER & ASSOCIATES PLLC**
JOEL A. BERNIER (P74226)
49139 Schoenherr Rd.
Shelby Township, MI 48315
T: 586-991-7611
F: 586-991-7612
Email: Bbclawgroup@gmail.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT MICHIGAN**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | )<br>) |
| Plaintiff, | )<br>) Civil Case No. 1:25-cv-00025-RJJ-RSK |
| v. | )<br>)<br>) |
| JOHN DOE subscriber assigned IP address 174.84.198.75, | )<br>)<br>) |
| Defendant. | )<br>) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 174.84.198.75 are voluntarily dismissed without prejudice.

Dated: June 4, 2025                                Respectfully submitted,

**BOROJA, BERNIER & ASSOCIATES PLLC**

*/s/ Joel A. Bernier*

By:  JOEL A. BERNIER (P74226)

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

 I hereby certify that on June 4, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system

                 By: */s/ Joel A. Bernier*